UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS, ) ) ) ) Plaintiff, ) ) v. ) Civil Action No. 18-2851 (DLF) ) U.S. DEPARTMENT OF STATE, ) ) Defendant. ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 3, 2020 Minute Order staying these proceedings, the parties respectfully submit the following status report in this Freedom of Information Act ("FOIA") matter.

Since the Court granted State's motion to stay this case, State has continued to follow Executive branch guidance and take necessary precautions to mitigate the threat of COVID-19 to the community. Among other measures, State's FOIA office is maximizing telework, and the personnel assigned to this case are not operating on-site in State workspace. As described in State's motion to stay and supporting declaration (ECF No. 19), the potentially responsive documents that have been collected for this case are stored and processed in a document review system that is operated exclusively on a classified computer network. FOIA personnel cannot access this network remotely. Consequently, the circumstances described in Defendant's motion to stay remain unchanged as they pertain to this case. State is not in a position to identify a date by which these circumstances will change.

In light of the above, the parties agree that the stay should remain in place for an

additional 30 days.  The parties propose that they file another status report by October 3, 2020, to further update the Court on the status of State's FOIA operations.  If State's FOIA operations are restored prior to that date, State will promptly notify Plaintiff and the parties will confer about lifting the stay and resuming monthly productions in this matter.

Dated: September 3, 2020                    Respectfully submitted,

*/s/ Heather Richardson*
Heather Richardson (C.A. Bar No. 246517)
HRichardson@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue,
Los Angeles, CA 90071
Telephone: (213) 229-7409
Facsimile: (213) 229-6409

*/s/ Mia Donnelly*
Mia Donnelly (D.C. Bar No. 1034277)
mdonnelly@gibsondunn.com
Wendy Miller (D.C. Bar No. 1035161)
wmiller@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

*/s/ Christopher C. Hair*
Christopher C. Hair, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2541
Christopher.hair@usdoj.gov
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-2851 (DLF)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the parties' status report, it is hereby **ORDERED** that the State Department's monthly production requirements will continue to be stayed for an additional 30 days. It is **FURTHER ORDERED** that the parties shall file another status report by October 3, 2020, informing the Court of the status of the State Department's Freedom of Information Act ("FOIA") operations and whether the stay may be lifted.

　　**SO ORDERED**.

_____       　　　　　　　_____
Date                                       　　　　　　　United States District Judge